IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Mary Norum, n/k/a/ Calabrese | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2963 |
| | ) | |
| MRC Receivables Corporation, a Delaware corporation, Midland Credit Management, Inc., a Kansas corporation, and Blitt and Gaines, P.c., an Illinois professional corporation, | ) ) ) ) ) ) | Judge Wayne R. Andersen<br><br>Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

## FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, defendants MRC Receivables Corporation and Midland Credit Management, Inc. state as follows:

1. MRC Receivables Corporation is a wholly owned subsidiary of Encore Capital Group, Inc., which is a publicly held corporation.

2. Midland Credit Management, Inc. is a wholly owned subsidiary of Encore Capital Group, Inc., which is a publicly held corporation.

3. Encore Capital Group, Inc. has no parent corporations.

Dated: June 12, 2008               Respectfully submitted,

**MRC RECEIVABLES CORPORATION and
MIDLAND CREDIT MANAGEMENT, INC.**

By: s/ Renee L. Zipprich
Richard E. Gottlieb (rgottlieb@dykema.com)
James W. McConkey (jmcconkey@dykema.com)
Theodore W. Seitz (tseitz@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 12, 2008,** I electronically filed the foregoing **Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement** with the Clerk of the Court using the ECF system, which sent notification to the following:

> David J. Philipps (davephilipps@aol.com)
> Mary Elizabeth Philipps (mephilipps@aol.com)

> s/ Irina V. Frye

CHICAGO\2458571.1
ID\IVF