## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Mary Norum, n/k/a/ Calabrese | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2963 |
| | ) | |
| MRC Receivables Corporation, a Delaware | ) | Judge Wayne R. Andersen |
| corporation, Midland Credit Management, | ) | |
| Inc., a Kansas corporation, and Blitt and | ) | Magistrate Judge Valdez |
| Gaines, P.C., an Illinois professional | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF AGREED MOTION

**TO:**  COUNSEL OF RECORD

   **PLEASE TAKE NOTICE** that on **Thursday, June 19, 2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Wayne R. Andersen** or any judge sitting in his stead in **Room 1403**, of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the **Agreed Motion for Enlargement of Time to Respond to Plaintiff's Complaint**, a copy of which is attached hereto.

Dated:  June 13, 2008

**MRC RECEIVABLES CORPORATION and
MIDLAND CREDIT MANAGEMENT, INC.**

By:  s/ Renee L. Zipprich
Richard E. Gottlieb (rgottlieb@dykema.com)
James W. McConkey (jmcconkey@dykema.com)
Theodore W. Seitz (tseitz@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on **June 13, 2008,** I electronically filed the foregoing **Notice of Agreed Motion for Enlargement of Time to Respond to Plaintiff's Complaint** with the Clerk of the Court using the ECF system, which sent notification to the following:

David J. Philipps (davephilipps@aol.com)
Mary Elizabeth Philipps (mephilipps@aol.com)

s/ Irina V. Frye

CHICAGO\2458589.1
ID\IVF