UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

| | |
|---|---|
| Mary Norum, n/k/a Calabrese,<br><br>Plaintiff,<br><br>v.<br><br>MRC Receivables Corporation, a Delaware corporation, Midland Credit Management, Inc., a Kansas corporation, and Blitt and Gaines, P.C., an Illinois limited liability company,<br>Defendants. | Docket Number: _____<br><br>Assigned Judge: _____<br><br>Designated<br>Magistrate Judge: _____<br><br>08CV2963<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE VALDEZ |

To: Blitt and Gaines, P.C.
C/O Fred N. Blitt, as registered agent
Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, Illinois 60090

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_J. Cervantes_ (signature)
--------------------------------
(By) DEPUTY CLERK

Date

May 21, 2008
--------------------------------
Date

**United States District Court**

Docket No. 08 CV 2963

**Northern District of Illinois**

### AFFIDAVIT OF SERVICE

**WILLIAM K MONSEN** deposes and says that he is a licensed Private Detective, **License # 115-001697** licensed by the Illinois Department of Professional Regulation and is therefore authorized, pursuant to the provisions of Chapter 735, "Code of Civil Procedure", Section 5/2-202, Illinois Compiled Statues, to serve process in the above cause, and that the defendant was served in the following manner:

On Tuesday, June 3, 2008 at 11:12 AM by leaving a true and correct copy of the attached Summons together with a copy of the Complaint in this action with BLITT AND GAINES, P.C. as shown below:

SERVED the within named **BLITT AND GAINES, P.C.** by delivering a true copy of the Summons together with a copy of the Complaint in this action to **Erica Dullard, Secretary,** a person authorized to accept service of process as agent.

Said service was effected at **661 Glenn Avenue, Wheeling, IL 60090**.

DESCRIPTION of Person Served: 35yrs., Sex: Female; Race/Skin Color: White;5'6", 185 lbs., Redish Hair

Under Penalties as provided by law pursuant to Section 1–109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_6·4_ , _08_
Dated

William K. Monsen
License # 115-001697