**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mary Norum
                           Plaintiff,

v.                                                   Case No.: 1:08−cv−02963
                                                   Honorable Wayne R. Andersen

MRC Receivables Corporation, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Agreed motion for enlargement of time to respond to plaintiff's complaint [13] is granted to 7/14/2008. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.