# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Mary Norum

                              Plaintiff,

v.                                                  Case No.: 1:08−cv−02963
                                                              Honorable Wayne R. Andersen

MRC Receivables Corporation, et al.

                              Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.


Dated: July 22, 2008

                                                                                   /s/ Wayne R. Andersen

                                                                        United States District Judge